KOBRE ASSETS CORPORATION v. HYMAN D. BAKER.— Motion for reargu-

ment denied. Motion for leave to appeal granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.